IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Wade, Byron Keith

Printed: 10/29/08

Case Number: 05 B 34072
Judge: Hollis, Pamela S
Filed: 8/26/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: September 2, 2008
Confirmed: October 24, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 13,820.21 |  |
| Secured: |  | 7,812.28 |
| Unsecured: |  | 1,511.54 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,274.00 |
| Trustee Fee: |  | 690.81 |
| Other Funds: |  | 1,531.58 |
| Totals: | 13,820.21 | 13,820.21 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Remedies | Administrative | 2,274.00 | 2,274.00 |
| 2. | Mitsubishi Motors Credit Of America | Secured | 7,812.28 | 7,812.28 |
| 3. | Capital One | Unsecured | 145.47 | 145.47 |
| 4. | Credit First | Unsecured | 65.09 | 65.09 |
| 5. | Mitsubishi Motors Credit Of America | Unsecured | 428.96 | 428.96 |
| 6. | ECast Settlement Corp | Unsecured | 401.71 | 401.71 |
| 7. | Educational Credit Management Corp | Unsecured | 351.58 | 351.58 |
| 8. | ECast Settlement Corp | Unsecured | 118.73 | 118.73 |
| 9. | First National Healthcare | Unsecured |  | No Claim Filed |
| 10. | Oak Forest Hospital | Unsecured |  | No Claim Filed |
| 11. | Credit Collection | Unsecured |  | No Claim Filed |
| 12. | GEMB | Unsecured |  | No Claim Filed |
| 13. | Estate Recoveries | Unsecured |  | No Claim Filed |
| 14. | Professional Recovery Service | Unsecured |  | No Claim Filed |
|  |  |  | $ 11,597.82 | $ 11,597.82 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 143.86 |
| 5% | 53.66 |
| 4.8% | 77.25 |
| 5.4% | 188.34 |
| 6.5% | 227.70 |
|  | $ 690.81 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Wade, Byron Keith | Case Number:  05 B 34072 |
| | Judge:  Hollis, Pamela S |
| Printed: 10/29/08 | Filed:  8/26/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

